UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
_____
                                     )
MICHAEL WAYNE ARNOLD,                )
                                     )
         Plaintiff,                  )
                                     )
    v.                               )    C.A. No. 15-080 S
                                     )
ASHBEL T. WALL, et al.,              )
                                     )
         Defendants.                 )
_____)
```

**ORDER**

WILLIAM E. SMITH, Chief Judge.

On October 21, 2015, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R") in the above-captioned matter (ECF No. 23) concerning Plaintiff's Motion for Permission to Appeal In Forma Pauperis ("Plaintiff's Motion") (ECF No. 18). The R&R recommends that this Court find that Plaintiff's appeal is not taken in good faith and deny Plaintiff's Motion. No objections to the R&R were filed, and the time for doing so has passed. Accordingly, the Court hereby accepts the R&R pursuant to 28 U.S.C. § 636(b)(1). The R&R is hereby ADOPTED, and Plaintiff's Motion (ECF No. 18) is DENIED.

IT IS SO ORDERED.

_____
William E. Smith
Chief Judge
Date: January 11, 2016